

# How do I become a kinship foster parent?

To become a kinship foster parent, contact ACS. ACS is located at 150 William Street, 2nd floor. You can also call ACS at (212) 543-7692. If you know what foster care agency has care of your relative, you can also contact that agency directly.

Please note: When ACS removes a child from his or her home, the agency has to look for relatives, including grandparents, to take care of the child. Sometimes ACS cannot find the relatives. If ACS does not contact you, let the caseworker know that you would like to become a kinship foster parent for the child.



## If I am a kinship foster parent, can I receive money from ACS?

Yes. Foster parents receive foster care subsidies to help take care of foster children. Kinship foster parents receive the same foster care subsidies as other foster parents.

## If my relative is in foster care, can I ask for custody?

Yes. If your grandchildren or other relatives are in foster care, you have the right to **petition for custody** in Family Court.

## If I have custody, can I become a kinship foster parent so I can get money from ACS?

No. You cannot become the kinship foster parent after you already have received a custody order from the court. If you have custody, you may be able to receive child support from the parents or public assistance. More information on both of these options is below.

## If I have custody of my relative, can I receive child support?

Yes. If you are responsible for the full-time care of your grandchild, or you were given legal custody or guardianship, you have the right to file a petition for child support. You must file the petition in the borough where the child lives or where the parents live.

**Need more help?** Family Legal Care offers free legal information and advice on New York family law and court procedure.

Call our Helpline: 212-343-1122 or 800-696-8629 | Visit: familylegalcare.org





## What happens if I am on public assistance?

If your grandchild is living with you and you receive public assistance, you may be able to put the child on your public assistance budget. If the child is on your public assistance budget, the **Office of Child Support Services (OCSS)** (also known as the Support Collection Unit, or SCU) will file a petition for child support for you.

## What happens with the child support money if I am on public assistance?

While you are on public assistance, you will not get the entire child support amount. The OCSS will keep the support and give you a $50 "pass-through" on your budget for your household. This means you will only get $50 even if you have custody of more than one child, and even if the child support order is for a lot more money.

If you close your public assistance case, you MUST inform the OCSS. You can then ask to have your case moved to the Family Court of the borough where the child lives. You will then receive the entire child support amount. However, if the parent paying child support has missed payments that were supposed to be made to the OCSS, they will be paid first. Money the parent owes is called **arrears**. You will receive child support when all the arrears have been paid.

## Can I get public assistance for my grandchild or relative if I am not on it?

Yes. Relatives or other people caring for a child that is not their own, can apply to receive a **child only grant**. The child only grant is money that is meant to help support the child. It does not matter how much money you earn; you can still receive the child only grant.

## As a grandparent, do I have a right to visit my grandchild?

Yes. After a death, divorce, or other important event in a family that changes things, grandparents sometimes feel that they are losing contact with their grandchild. When this happens, grandparents who are already close to the child are allowed to ask for **visitation.** Visitation is when the court says when and how you can see a child.

**Note:**

Grandparents and siblings are the only relatives that have the right to petition for visitation in Family Court.

**Need more help?** Family Legal Care offers free legal information and advice on New York family law and court procedure.

Call our Helpline: 212-343-1122 or 800-696-8629 | Visit: familylegalcare.org





## How do I ask for visitation?

1. You must file a petition for visitation in the Family Court in the borough where the child has lived for the past six months. ☐

2. After you have filed the petition, you will get a date to go back to court. This may take a couple of months. Before the court date, someone (not you!) must serve the papers on the parent who has custody of the child. The person serving the papers must be over 18 years old and not involved in a legal part of the case. That person must sign an **Affidavit of Service.** This must be notarized. Please see the Family Legal Care guide "**Serving Court Papers**," which is available at **familylegalcare.org**. ☐

3. You must bring the affidavit to court with you. ☐

4. A judge will make the decision about visitation based on what has happened in your family and what is best for the child. The judge may look at things such as the importance of the grandparent in the life of the child and if the grandparent is prepared to respect the relationship the child has with his or her parents. ☐

# Can I visit my relative if he or she is in foster care?

Yes. You have the right to file a **petition for visitation** in Family Court if your relative was placed in foster care because:

- The parents decided to put the child there, or
- ACS filed an abuse or neglect proceeding.

Before you file a petition for visitation, speak with the caseworker. Sometimes the caseworker will arrange for you to visit without you having to go to court.

**Need more help?**  Family Legal Care offers free legal information and advice on New York family law and court procedure.

Call our Helpline: 212-343-1122 or 800-696-8629  |  Visit: **familylegalcare.org**



**Family Legal Care**

# Resources for Relative Caregivers

## New York State Kinship Navigator

(877) 454-6463
www.nysnavigator.org

---

## AARP Grandparent Information Center

(888) 687-2287
https://www.aarp.org/relationships/friends-family/

---

## NYC Department for the Aging Grandparent Resource Center

212-AGING-NY (212-244-6469)
www.nyc.gov/site/dfta/caregivers/caring-for-children.page

## Mobilization for Justice Kinship Caregiver Law Project

212-417-3850 (Wednesday & Friday, 10 am-5 pm)
https://mobilizationforjustice.org/projects/kinship-caregiver-law-project/

---

For additional referrals in your community, please call **Family Legal Care's free Helpline: (212) 343-1122 or visit familylegalcare.org**

---

**Need more help?** Family Legal Care offers free legal information and advice on New York family law and court procedure.

**Call our Helpline: 212-343-1122 or 800-696-8629** | **Visit: familylegalcare.org**

---

This document should not take the place of a consultation with a lawyer. Family Legal Care encourages all individuals involved with the Criminal and Family Court systems to consult with a lawyer.

You may photocopy and distribute this guide; however, you may not revise or alter its content or remove the logo.

Last updated [November 2022]

© Family Legal Care



**Family Legal Care**

Free Family Law Helpline
212-343-1122 | 800-696-8629
familylegalcare.org

Scan the QR code to
read this guide online:


# Serving Court Papers

This guide explains the process to serve court papers in Family Court.

# Table of Contents

## Page 1:

- Why must I serve court papers?
- Can I start a case if I do not know where the respondent is?
- Who can serve the papers?
- When can papers be served?

## Page 2:

- What papers do I have to serve?
- What is an Affidavit of Service?
- What is a notary public and where can I find one?

## Page 3:

- What do I do with the Affidavit of Service?
- How do I serve an order of protection?
- What happens if I cannot find the respondent?

## Page 4:

- What are other ways to serve papers?
- What if I was not served properly?

## Page 5: Notes





## Why must I serve court papers?

To start a case in Family Court, you must file a **petition**. A petition is when you ask the court to make a decision about something. The person who starts a case is called the **petitioner**. The person on the other side of the case is called the **respondent**. After you file a petition, the respondent must be told about the case.

You do this by having the court papers handed directly to the respondent. This is called **personal service**. It can also be called giving the respondent notice of the case. The court has very strict rules about how to serve papers. If papers are not served correctly, your case will not move forward.

**Please check with your local Family Court Clerk on what type of service is needed for your petition.**

## Can I start a case if I do not know where the respondent is?

Yes. You will have time to try to find the respondent or hire a process server to look for the respondent and serve the papers for you.

## Who can serve the papers?

If you are the petitioner, you are NOT allowed to personally serve papers upon the respondent. Any person 18 years or older may serve papers, except a party or child in your case. The person can be a friend, relative, or anyone else. You can also hire a professional to serve the papers for you. They are listed in the phone book under Process Servers. The Office of the Sheriff will also deliver papers for a fee.

## When can papers be served?

In general, all papers can be served any day of the week except Sunday. They must be served at least eight (8) days before the court date.

A petition that includes an order of protection can be served any day of the week, even Sunday, at any time. It must be served at least 24 hours before the court date.

Certain papers, such as an order to show cause, might include specific directions from the judge about when and how they must be served. You should follow these directions exactly.

**Need more help?** Family Legal Care offers free legal information and advice on New York family law and court procedure.



## What papers do I have to serve?

Before you leave the courthouse on the day you start your case, you must pick up papers from the court staff. You must serve the respondent with a copy of all these papers. Often, they will include:

- A **summons** or an **order to show cause**. A summons tells the respondent to appear in court on a certain date. An order to show cause tells the respondent to respond to certain issues in court on a certain date.
- A **copy of the petition** that you filed in court.
- A **temporary order**, if one has been issued.

You will also be given a blank **Affidavit of Service** form. You do not serve this form to the respondent. For what to do with it, see page 3 of this guide. Be sure that you understand what papers you have to serve before leaving the courthouse. Also, keep a copy of all of the papers for yourself.

---



## What is an Affidavit of Service?

An **Affidavit of Service** is a piece of paper that shows the court that you had the papers served in the correct way. The affidavit must include the following information:

- What papers were served
- When the papers were served
- Where the papers were served
- Who the papers were served on
- A physical description of the person the papers were served on
- The name and address of the person who served the papers

If you serve the papers by mail, the affidavit must say where the papers were sent from and where they were sent to.

If the papers are sent by certified mail, you must attach the certified mail receipt to your affidavit.

The Affidavit of Service must be **notarized**. This means the person who serves the papers must sign the affidavit in front of a notary public.

**Please note: The person being served does not sign the Affidavit of Service.**

---

## What is a notary public and where can I find one?

A **notary public**, or notary, is someone who watches people sign their names on official papers and gets proof that these people sign their real names.

Some notaries have offices near courthouses. Many banks, law offices, and drug stores have a notary. A notary may charge a fee of up to $2 for each signature.

**Need more help?**   Family Legal Care offers free legal information and advice on New York family law and court procedure.

Call our Helpline: 212-343-1122 or 800-696-8629   |   Visit: **familylegalcare.org**



## What do I do with the Affidavit of Service?

You must bring the ORIGINAL Affidavit of Service to your first court date. You should also make a copy of the affidavit and keep it with the rest of your court papers. This affidavit is the only proof the court will accept that the respondent was served. It shows the court that the respondent knows about the case and  what day they are expected to be in court. Without the original Affidavit of Service, your case will not go forward.

## How do I serve an order of protection?

To serve an **order of protection**, go to the police precinct closest to where the respondent lives or to the Office of the Sheriff in the county where the respondent lives. A police officer or sheriff can serve the order of protection papers for you for free. Ask the police officer or sheriff for the special affidavit that they have to sign.

In New York City, orders of protection are sent from the Family Court to the Sheriff's Office, who will serve the order of protection papers for free. The Sheriff's Office will also send the Affidavit of Service to the court for you.

 **Please note that a temporary order of protection does not work until it has been served.**

## What happens if I cannot find the respondent?

If the court date comes and you have not been able to serve the papers, you should give the judge a written list of all of the ways you tried to locate and serve the respondent. The list should include dates and places where you tried to have the respondent served. Places can include the home, place of work, or school of the respondent, or any place else where you think the respondent may be. The judge may set a new date for the case and ask you to keep trying. Or the judge may say you can serve the papers in another way. This is called **alternate service**.

**Need more help?**  Family Legal Care offers free legal information and advice on New York family law and court procedure.

Call our Helpline: **212-343-1122 or 800-696-8629**  |  Visit:  **familylegalcare.org**





## What are other ways to serve papers?

The judge can tell you how to serve the respondent. You must serve the respondent the way the judge tells you to. **You cannot serve in any of these ways if the judge does not give you permission.**

Alternate service might be:
- Serving a person who works with the respondent who will give the papers to the respondent
- Serving someone at the home of the respondent who will give the papers to the respondent
- Placing an advertisement in a newspaper
- Attaching the papers to the front door of the respondent

When you use alternate service, you should also send a copy of the papers by **certified mail** or **return receipt requested** to the last residence you can find for the respondent. The post office will tell you how to do this. This is very important. If the respondent does not show up at the next court date, you can give the court a copy of the certified mail receipt signed by the respondent to prove that they received the papers. This proof, combined with one of the above ways of serving, will allow your case to go forward.

---

## What if I was not served properly?

If you were not served properly, but you know when the court date is, you have a few choices:

- If you are ready to go forward with your case, you may go to the court on the scheduled date and tell the judge. The judge may ask you to accept service in the courtroom. The judge will tell you about your rights, including your right to an attorney and to a trial if you and the other parent cannot come to an agreement.
- If you are not prepared, you may go to court on the scheduled date and ask the judge to set another court date at a later time. The judge may ask you to accept service in the courtroom.
- If you want to be served in the right way, you can go to court and tell the judge that you were not served properly. You can ask the judge to have a hearing about whether or not you were served properly. If the judge decides that you were not served in the right way, the judge might order that you be served again.
- If you are sure that you were not served in the right way, you do not have to appear, or show up, in court. But just to be safe, if you do not go to court on a scheduled date, check the court file. You want to be sure that no decisions were made when you were not there. If you are unsure about what to do, you should ask an attorney.

**Need more help?** Family Legal Care offers free legal information and advice on New York family law and court procedure.

**Call our Helpline: 212-343-1122 or 800-696-8629** | **Visit:** familylegalcare.org





# Notes

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

**Need more help?**  Family Legal Care offers free legal information and advice on New York family law and court procedure.



**Call our Helpline: 212-343-1122 or 800-696-8629**  |  **Visit: familylegalcare.org**

This document should not take the place of a consultation with a lawyer. Family Legal Care encourages all individuals involved with the Criminal and Family Court systems to consult with a lawyer.

You may photocopy and distribute this guide; however, you may not revise or alter its content or remove the logo.

Last updated [November 2022]

© Family Legal Care



# Serving Court Papers

This guide explains the process to serve court papers in Family Court.

Free Family Law Helpline
212-343-1122 | 800-696-8629
familylegalcare.org

Scan the QR code to
read this guide online: 

## Table of Contents

### Page 1:

- Why must I serve court papers?
- Can I start a case if I do not know where the respondent is?
- Who can serve the papers?
- When can papers be served?

### Page 2:

- What papers do I have to serve?
- What is an Affidavit of Service?
- What is a notary public and where can I find one?

### Page 3:

- What do I do with the Affidavit of Service?
- How do I serve an order of protection?
- What happens if I cannot find the respondent?

### Page 4:

- What are other ways to serve papers?
- What if I was not served properly?

### Page 5: Notes



**Family Legal Care**



## Why must I serve court papers?

To start a case in Family Court, you must file a **petition**. A petition is when you ask the court to make a decision about something. The person who starts a case is called the **petitioner**. The person on the other side of the case is called the **respondent**. After you file a petition, the respondent must be told about the case.

You do this by having the court papers handed directly to the respondent. This is called **personal service**. It can also be called giving the respondent notice of the case. The court has very strict rules about how to serve papers. If papers are not served correctly, your case will not move forward.

**Please check with your local Family Court Clerk on what type of service is needed for your petition.**

## Can I start a case if I do not know where the respondent is?

Yes. You will have time to try to find the respondent or hire a process server to look for the respondent and serve the papers for you.

## Who can serve the papers?

If you are the petitioner, you are NOT allowed to personally serve papers upon the respondent. Any person 18 years or older may serve papers, except a party or child in your case. The person can be a friend, relative, or anyone else. You can also hire a professional to serve the papers for you. They are listed in the phone book under Process Servers. The Office of the Sheriff will also deliver papers for a fee.

## When can papers be served?

In general, all papers can be served any day of the week except Sunday. They must be served at least eight (8) days before the court date.

A petition that includes an order of protection can be served any day of the week, even Sunday, at any time. It must be served at least 24 hours before the court date.

Certain papers, such as an order to show cause, might include specific directions from the judge about when and how they must be served. You should follow these directions exactly.

**Need more help?** Family Legal Care offers free legal information and advice on New York family law and court procedure.

Call our Helpline: **212-343-1122 or 800-696-8629** | Visit: **familylegalcare.org**



## What papers do I have to serve?

Before you leave the courthouse on the day you start your case, you must pick up papers from the court staff. You must serve the respondent with a copy of all these papers. Often, they will include:

- A **summons** or an **order to show cause.** A summons tells the respondent to appear in court on a certain date. An order to show cause tells the respondent to respond to certain issues in court on a certain date.
- A **copy of the petition** that you filed in court.
- A **temporary order**, if one has been issued.

You will also be given a blank **Affidavit of Service** form. You do not serve this form to the respondent. For what to do with it, see page 3 of this guide. Be sure that you understand what papers you have to serve before leaving the courthouse. Also, keep a copy of all of the papers for yourself.

---



## What is an Affidavit of Service?

An **Affidavit of Service** is a piece of paper that shows the court that you had the papers served in the correct way. The affidavit must include the following information:

- What papers were served
- When the papers were served
- Where the papers were served
- Who the papers were served on
- A physical description of the person the papers were served on
- The name and address of the person who served the papers

If you serve the papers by mail, the affidavit must say where the papers were sent from and where they were sent to.

If the papers are sent by certified mail, you must attach the certified mail receipt to your affidavit.

The Affidavit of Service must be **notarized**. This means the person who serves the papers must sign the affidavit in front of a notary public.

**Please note: The person being served does not sign the Affidavit of Service.**

---

## What is a notary public and where can I find one?

A **notary public**, or notary, is someone who watches people sign their names on official papers and gets proof that these people sign their real names.

Some notaries have offices near courthouses. Many banks, law offices, and drug stores have a notary. A notary may charge a fee of up to $2 for each signature.

**Need more help?** Family Legal Care offers free legal information and advice on New York family law and court procedure.

Call our Helpline: **212-343-1122 or 800-696-8629** | Visit: **familylegalcare.org**



## What do I do with the Affidavit of Service?

You must bring the ORIGINAL Affidavit of Service to your first court date. You should also make a copy of the affidavit and keep it with the rest of your court papers. This affidavit is the only proof the court will accept that the respondent was served. It shows the court that the respondent knows about the case and what day they are expected to be in court. Without the original Affidavit of Service, your case will not go forward.

## How do I serve an order of protection?

To serve an **order of protection**, go to the police precinct closest to where the respondent lives or to the Office of the Sheriff in the county where the respondent lives. A police officer or sheriff can serve the order of protection papers for you for free. Ask the police officer or sheriff for the special affidavit that they have to sign.

In New York City, orders of protection are sent from the Family Court to the Sheriff's Office, who will serve the order of protection papers for free. The Sheriff's Office will also send the Affidavit of Service to the court for you.

 **Please note that a temporary order of protection does not work until it has been served.**

## What happens if I cannot find the respondent?

If the court date comes and you have not been able to serve the papers, you should give the judge a written list of all of the ways you tried to locate and serve the respondent. The list should include dates and places where you tried to have the respondent served. Places can include the home, place of work, or school of the respondent, or any place else where you think the respondent may be. The judge may set a new date for the case and ask you to keep trying. Or the judge may say you can serve the papers in another way. This is called **alternate service**.

**Need more help?** Family Legal Care offers free legal information and advice on New York family law and court procedure.

Call our Helpline: **212-343-1122** or **800-696-8629** | Visit: **familylegalcare.org**





## What are other ways to serve papers?

The judge can tell you how to serve the respondent. You must serve the respondent the way the judge tells you to. **You cannot serve in any of these ways if the judge does not give you permission.**

Alternate service might be:
- Serving a person who works with the respondent who will give the papers to the respondent
- Serving someone at the home of the respondent who will give the papers to the respondent
- Placing an advertisement in a newspaper
- Attaching the papers to the front door of the respondent

When you use alternate service, you should also send a copy of the papers by **certified mail** or **return receipt requested** to the last residence you can find for the respondent. The post office will tell you how to do this. This is very important. If the respondent does not show up at the next court date, you can give the court a copy of the certified mail receipt signed by the respondent to prove that they received the papers. This proof, combined with one of the above ways of serving, will allow your case to go forward.

---

## What if I was not served properly?

If you were not served properly, but you know when the court date is, you have a few choices:

- If you are ready to go forward with your case, you may go to the court on the scheduled date and tell the judge. The judge may ask you to accept service in the courtroom. The judge will tell you about your rights, including your right to an attorney and to a trial if you and the other parent cannot come to an agreement.
- If you are not prepared, you may go to court on the scheduled date and ask the judge to set another court date at a later time. The judge may ask you to accept service in the courtroom.
- If you want to be served in the right way, you can go to court and tell the judge that you were not served properly. You can ask the judge to have a hearing about whether or not you were served properly. If the judge decides that you were not served in the right way, the judge might order that you be served again.
- If you are sure that you were not served in the right way, you do not have to appear, or show up, in court. But just to be safe, if you do not go to court on a scheduled date, check the court file. You want to be sure that no decisions were made when you were not there. If you are unsure about what to do, you should ask an attorney.

**Need more help?** Family Legal Care offers free legal information and advice on New York family law and court procedure.

**Call our Helpline: 212-343-1122 or 800-696-8629** | **Visit:** familylegalcare.org





**Family Legal Care**

# Notes

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

**Need more help?** Family Legal Care offers free legal information and advice on New York family law and court procedure.

**Call our Helpline: 212-343-1122 or 800-696-8629** | Visit: **familylegalcare.org**



This document should not take the place of a consultation with a lawyer. Family Legal Care encourages all individuals involved with the Criminal and Family Court systems to consult with a lawyer.

You may photocopy and distribute this guide; however, you may not revise or alter its content or remove the logo.

Last updated [November 2022]

© Family Legal Care

# The County Clerk And Clerk Of The Supreme Court

## NEW YORK COUNTY COURT HOUSE
60 CENTRE STREET
NEW YORK, N.Y. 10007
(646) 386-5969



**MILTON ADAIR TINGLING**
**COUNTY CLERK AND CLERK**
**OF THE SUPREME COURT**

Date: *9-05-25*

Index#: *317127546*

**PLEASE FOLLOW THESE INSTRUCTIONS IN ORDER TO PROPERLY PROCESS YOUR SUMMONS:**

☐ Submit TWO **Documents of Non-Residency:** The following are acceptable proof:
- Copy of your current tax return or W-2 (with amounts deleted)
- Voter's registration card
- Copy of your deed, lease or mortgage
  **(Lease must be current, along with signatures by you and the landlord)**
- One current utility bill in your name corresponding to your current address
  **(Light, gas, water, phone, or cable bill)**
- Copy of your current driver's license

☐ Submit proof of **Non-Citizenship.** Please send <u>one</u> of the following:
Current Visa, Passport, Permanent Resident Green Card, or Employment Authorization Card

☐ Submit Proof for **Caregiver Excusal**
- A caregiver to a child must provide a copy of child's birth certificate
- A caregiver of another person must provide a letter from a healthcare provider stating the person's age, relationship to you, and the medical condition requiring you to serve as a caregiver.

☐ Submit a photocopy of **decedent's death certificate**, obituary, or other official agency certification of decedent's death, if you are the executor of the estate or relative.

☐ Submit a **medical letter** which includes your date of birth, diagnosis, and prognosis of your condition, along with your medical doctor's professional opinion to state, if you are medically qualified to perform jury duty.

Please return all enclosed forms to the attention of _____ at:

**New York County Clerk**
**Division of Jurors**
**60 Centre Street, Room 139**
**New York, NY 10007**
**or you mail email us at:**
**nycountyjurorquestions@nycourts.gov**

Thank you for your cooperation in this matter.