UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLGA PANTELIDOU,

                    Plaintiff,

        -against-

SEYMOUR JACOBS; IANNIS YESSIOS;
GREGORY POLE; GEORGE PETRIDES.,

                    Defendants.

25 CIVIL 06311 (LLS)

CIVIL JUDGMENT

For the reasons stated in the April 23, 2026, order, this action is dismissed.

Accordingly, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

        SO ORDERED.

 Dated:    April 28, 2026

           New York, New York

                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                     United States District Judge